WEST and Another *v.* HENTON.

ABSTRACTS.—A failure to file the abstracts required by rule 10 of the Supreme Court, is a waiver of the errors assigned.

APPEAL from the *Miami* Common Pleas.

ELLIOTT, J.—The record of this cause was filed in this court on the 4th of August, 1865, and submitted by the appellants on the third day of the present term, without

having filed abstracts of the record as required by the 10th rule of this court. The errors assigned are therefore deemed to be waived.

The judgment is affirmed, with costs.

*J. L. Farrar* and *W. B. Loughridge,* for appellant.